IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| SILVIA SEPULVEDA-RODRIGUEZ, | |
|---|---|
| Plaintiff, | 8:16CV507 |
| vs. | ORDER |
| METLIFE GROUP, INC., a New York Corporation; METROPOLITAN LIFE INSURANCE COMPANY, a New York Corporation; and FORD MOTOR COMPANY, a Delaware Corporation; | |
| Defendants. | |

This case is before the Court following a telephone conference held with counsel for the parties on July 7, 2017, regarding scheduling. This being an ERISA case, the matter is appropriate for dispositive motions. Accordingly,

**IT IS ORDERED:**

1. The parties shall have until July 14, 2017, to file the administrative record and applicable plan documents.

2. The defendant shall have until September 15, 2017, to file a motion and brief to affirm the administrator's decision.

3. The plaintiff shall have until October 6, 2017, to respond to the defendant's motion.

4. The defendant shall have until October 20, 2017, to file a reply.

5. Should the court require any further proceedings in the matter, the parties will be notified by the Court.

Dated: July 7, 2017.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge