IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SILVIA SEPULVEDA-RODRIGUEZ,<br><br>Plaintiff,<br><br>vs.<br><br>METLIFE GROUP, INC., a New York Corporation; METROPOLITAN LIFE INSURANCE COMPANY, a New York Corporation; and FORD MOTOR COMPANY, a Delaware Corporation;<br><br>Defendants. | 8:16CV507<br><br>ORDER |

This matter is before the court on defendant Ford Motor Company's motion to correct order and judgment, Filing No. 72. The court has reviewed the record and the motion is granted. Due to a clerical mistake, an Amended Memorandum and Order will be entered to reflect a discretionary penalty of $2,090.00.

Dated this 28th day of December, 2017.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge