# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SILVIA SEPULVEDA-RODRIGUEZ, | Case No. 8:16-cv-507 |
| Plaintiff, | |
| v. | **ORDER** |
| METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation, and FORD MOTOR COMPANY, a Delaware corporation, | |
| Defendants. | |

This matter is before the Court upon the parties' stipulation for stay of execution on the judgment in this action pending appeal. The Court finds that the stipulation is proper and relief should be entered as requested.

ACCORDINGLY, IT IS ORDERED, pursuant to Fed. R. Civ. P. 62, that any execution upon or other proceedings to enforce the judgment issued in this action is hereby stayed, pending final disposition of the appeals filed on behalf of Defendants. The requirement for a supersedeas bond or other security is waived.

Dated this 18th day of April, 2018.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge

DOCS/2057396.1