IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| SILVIA SEPULVEDA-RODRIGUEZ, | |
|---|---|
| Plaintiff, | 8:16CV507 |
| v. | |
| METROPOLITAN LIFE INSURANCE COMPANY, a New York Corporation; and FORD MOTOR COMPANY, a Delaware Corporation; | ORDER |
| Defendants. | |

This matter is before the court on the plaintiff's motion to withdraw her Bill of Costs. Filing No. 97. The court has reviewed the matter and finds the motion should be granted. THEREFORE, IT IS ORDERED that the plaintiff's motion to withdraw her Bill of Cost is granted.

Dated this 19th day of April, 2018.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge