IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SILVIA SEPULVEDA-RODRIGUEZ,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, a New York Corporation; and FORD MOTOR COMPANY, a Delaware Corporation,<br><br>Defendants. | **8:16CV507**<br><br>**ORDER** |

This matter is before the Court on the mandate of the United States Court of Appeals for the Eighth Circuit (Eighth Circuit), Filing No. 101. The action was remanded for further consideration of the attorney fee award fee award in light of the results the plaintiff obtained against Ford and for consideration of whether it is appropriate to award the equitable remedy of a return of the life insurance premiums paid by plaintiff's decedent during his employment with Ford.

The Court finds briefing on those issues is appropriate. Accordingly,

1. The parties shall file briefs on the above issues within one week of the date of this order

2. The parties shall file responsive briefs within one week thereafter.

Dated this 3rd day of October, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge