IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SILVIA SEPULVEDA-RODRIGUEZ,<br><br>        Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, a New York Corporation; and FORD MOTOR COMPANY, a Delaware Corporation;<br><br>        Defendants. | **8:16CV507**<br><br>**ORDER** |

This matter is before the Court on the plaintiff's motion to dismiss defendant Ford Motor Company with prejudice, Filing No. 103. There has been no opposition to the motion. The Court is advised that remaining issues have settled. Accordingly,

1. The plaintiff's motion to dismiss defendant Ford Motor Company is granted.

2. Defendant Ford Motor Company is dismissed, with prejudice.

3. A Judgment in accordance with this Memorandum and Order will issue this date.

Dated this 19th day of December 2018.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge